[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12475
Non-Argument Calendar
_____

D.C. Docket No. 5:11-cr-00043-RS-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GAELAN PIERRE SPRUILL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____
(January 16, 2013)

Before MARCUS, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Dustin Stephenson, appointed counsel for Gaelan Pierre Spruill in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Spruill's convictions and sentences are **AFFIRMED.**